UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-212-1 BO(1)

UNITED STATES OF AMERICA

v.

ORDER

BRANDON PATRICK SESSOMS
Defendant

THIS MATTER is before the Court on defendant's motion to seal the exhibit to his Sentencing Memorandum. The exhibit is the report of a psychiatric evaluation, performed by Dr. Logan Graddy, M.D., on the defendant.

The Court finds that the defendant has a reasonable concern for his privacy in that, were the report publicly accessible, he could experience threats to his safety, future discrimination, and unwarranted embarrassment. These concerns outweigh the right of public access to this material.

THEREFORE it is Ordered that the Defendant's exhibit is hereby allowed to be filed under seal until such time as ordered unsealed by this Court. The Clerk is authorized to serve a copy of these documents upon counsel for the Government.

This __13__ day of March, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE