UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Brandon Patrick Sessoms**                                        **Docket No. 5:13-CR-212-1BO**

**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Brandon Patrick Sessoms, who, upon an earlier plea of guilty to 18 U.S.C. §371, Conspiracy to Commit Theft of Government Property, 18 U.S.C. §6412 and 18 U.S.C. §2, Theft of Government Property and Aiding and Abetting, 18 U.S.C. §842(h), 18 U.S.C. §844(a) and 18 U.S.C. §2, Possession of Stolen Explosives and Aiding and Abetting, 18 U.S.C. §922(j), 18 U.S.C. §924 and 18 U.S.C. §2, Possession of Stolen Ammunition and Aiding and Abetting was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on March 19, 2014, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Brandon Patrick Sessoms was released from custody on February 17, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has an extensive mental health and substance abuse history. Additionally, the defendant signed an admission, admitting to the use of marijuana on February 23, 2015. It is recommended that mental health and drug aftercare special conditions be added to address these issues.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2539
Executed On: March 12, 2015

Brandon Patrick Sessoms
Docket No. 5:13-CR-212-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 12 day of March, 2015 and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge