UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Brandon Patrick Sessoms**                                               **Docket No. 5:13-CR-212-1BO**
**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Brandon Patrick Sessoms, who, upon an earlier plea of guilty to 18 U.S.C. §371, Conspiracy to Commit Theft of Government Property, 18 U.S.C. §6412 and 18 U.S.C. §2, Theft of Government Property and Aiding and Abetting, 18 U.S.C. §842(h), 18 U.S.C. §844(a) and 18 U.S.C. §2, Possession of Stolen Explosives and Aiding and Abetting, 18 U.S.C. §922(j), 18 U.S.C. §924 and 18 U.S.C. §2, Possession of Stolen Ammunition and Aiding and Abetting was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on March 19, 2014, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Brandon Patrick Sessoms was released from custody on February 17, 2015, at which time the term of supervised release commenced.

On March 12, 2015, the conditions of supervised release were modified to include a mental health condition due to his extensive mental health history and a drug aftercare condition after the defendant admitted to the use of marijuana.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 19, 2015, the defendant committed the offenses of Misdemeanor Simple Assault, Communicating Threats, and Injury to Real Property, when he had a verbal altercation with his father and pushed him in their home in Cumberland County, North Carolina. The defendant's father went before a magistrate and warrants were secured against the defendant who was arrested on July 20, 2015, for this conduct. According to his parents, the defendant had been off of his mental health medication and was hearing voices and took his aggressions out towards his father. Since his arrest, the defendant has seen our mental health provider, is back on his mental health medication, and has returned to the residence to reside with his parents. Additionally, the defendant signed admission forms admitting to using both marijuana and cocaine on July 10 and July 17, 2015. It is recommended that the defendant serve 10 days incarceration for this conduct and continue with dual diagnosis treatment with our local treatment provider.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Brandon Patrick Sessoms
Docket No. 5:13-CR-212-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2539
Executed On: August 7, 2015

## ORDER OF THE COURT

Considered and ordered this ___7___ day of ___August___, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge